UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Carol Peterson,

                Plaintiff,

v.                               ORDER ADOPTING
                                    REPORT AND RECOMMENDATION

National Credit Adjusters,

                Defendant.              Civ. No. 10-2358 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That this action be dismissed, without prejudice, for failure to comply with this Court's Order of July 29, 2010, and for lack of prosecution.


DATED: September 16, 2010                     s/Michael J. Davis
At Minneapolis, Minnesota                    Michael J. Davis, Chief Judge
                                                           United States District Court